IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

SHAKUR AL-AMIN, )
)
    Plaintiff, )
) No: 3:12-0249
    v. ) Judge Sharp/Bryant
)
T.D.O.C., et al., )
)
    Defendants. )

### O R D E R

On April 13, 2012, the Clerk received two documents from the plaintiff. One is a declaration of plaintiff Al-Amin, and the other is a proposed order granting plaintiff's motion for preliminary injunction. These two documents appear to be duplicate copies of documents previously filed in this record at Docket Entry No. 8-2 and 8-3.

Since there is no reason to file copies of documents already in the record before the Court, the Clerk is directed to return these duplicate copies by mail to plaintiff.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge